TODD BLANCHE
U.S. Deputy Attorney General
JORDAN FOX
Chief of Staff & Associate Deputy
 Attorney General
Special Attorney TASHA BRADT
Assistant United States Attorney
970 Broad Street
Newark, NJ 07102
Tel: (609) 858-0305
Tasha.Bradt@usdoj.gov
*Attorney for Federal Defendants*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| NASHIA SMITH, <br><br> *Plaintiff,* <br><br> v. <br><br> EAST ORANGE VETERANS ASSOCIATION MEDICAL CENTER, KEITH PEACE, MONICA CRETEAU, NICOLE LACORTE, JOHN GRIFFIN, AND JOHN AND/OR JANES DOES 1-20 (Names Being Fictitious), in their individual and corporate capacities, and as aiders and abettors, <br><br> *Defendants.* | Hon. _____ <br><br> Civil Action No. [[XXXXX]] <br><br> **NOTICE OF REMOVAL** |

To:   Melissa E. Rhoads, Esq.
      Clerk of Court
      United States District Court
      District of New Jersey
      Martin Luther King Building
      & U.S. Courthouse
      50 Walnut Street
      Newark, NJ 07102

      Marc W. Garbar
      Walter J. Schaefer II

Clerk
Superior Court of New Jersey
Law Division, Essex County
Essex County Veterans Courthouse
50 West Market Street
Newark, NJ 07102

1

CSI Group Law Firm, P.C.
Attorneys for Plaintiff
1599 Highway 34
Wall, NJ 07727

PLEASE TAKE NOTICE that this action, previously pending in the Superior Court of New Jersey, Law Division, Essex County, Docket No. ESX-L-009139-25 (the State Court Action), is removed by Defendants East Orange Veterans Association Medical Center, Keith Peace, and Monica Creteau (collectively, federal defendants) to the United States District Court for the District of New Jersey. Federal defendants, by and through their undersigned attorneys, respectfully state the following in support of the removal of this action:

1.    On December 2, 2025, Plaintiff Nashia Smith (Plaintiff) filed a Complaint in the State Court Action against federal defendants. *See* **Exhibit A** (Complaint).

2.    In the State Court Action, Plaintiff alleges the federal defendants sexually harassed her, created a hostile work environment based on her gender, and retaliated against her for reporting the alleged sexual harassment in violation of the New Jersey Law Against Discrimination (NJLAD), N.J.S.A. § 10:5-1; the Conscientious Employee Protection Act (CEPA), N.J.S.A. § 34:19-1; and public policy. *See generally* **Exhibit A**.

3.    The Department of Veterans Affairs is an executive department in the federal government with a mission to "fulfill President Lincoln's promise to care for those who have served in our nation's military and for their families, caregivers, and

2

survivors."[1]  The purpose of the Department is to administer the laws providing benefits and other services to veterans and the dependents and beneficiaries of veterans.  38 U.S.C. § 301(b).

4.    The Department includes the Veterans Health Administration (VHA), or "America's largest integrated health care system."[2]  The VHA provides care at 1,380 healthcare facilities serving 9.1 million enrolled veterans each year nationwide.[3]

5.    The East Orange VA Medical Center, located at 385 Tremont Avenue in East Orange, New Jersey, is a VHA healthcare facility responsible for providing primary care and specialty healthcare services.[4]

6.    The State Court Action is removable under 28 U.S.C. § 1442(a)(1), which provides for the removal of any action commenced in a state court against the United States or an officer "of the United States or any agency thereof, in an official or individual capacity, for or relating to any act under color of such office or on account of any right, title or authority claimed under any Act of Congress for the apprehension or punishment of criminals or the collection of the revenue."  The United States may remove an action under this subsection to the district court for the district in which the action is pending.  *Id.*

---

[1] *About the Department*, https://department.va.gov/about/ (last visited January 5, 2026).

[2] *Veterans Health Administration*, https://www.va.gov/health/ (last visited January 5, 2026).

[3] *Id.*

[4] *East Orange VA Medical Center*, https://www.va.gov/new-jersey-health-care/locations/east-orange-va-medical-center/ (last visited January 5, 2026).

7.      Plaintiff's Complaint alleges that the East Orange VA Medical Center sexually harassed her, created a hostile work environment based on her gender, and retaliated against her for reporting the alleged sexual harassment in violation of NJLAD, CEPA, and public policy.   Accordingly, removal under § 1442(a)(1) is appropriate.   *See, e.g., Golden v. N.J. Inst. of Tech.*, 934 F.3d 302, 309-10 (3d Cir. 2019) (discussing Section 1442(a)(1) requirements).

8.      Alternatively, under § 2679(d)(2) of the Federal Tort Claims Act ("FTCA"), "any civil action or proceeding" in state court concerning a "negligent or wrongful act or omission" of a federal agency or employee acting in her official capacity "shall be removed without bond at any time before trial by the Attorney General to the district court of the United States for the district and division embracing the place in which the action or proceeding is pending."

9.      The FTCA's broad language captures more than state law tort claims. By its terms, § 2679(b)(2) only excepts federal constitutional and statutory claims from the exclusivity requirement of § 2679(b)(1).  *See* § 2679(b)(2).  "Where Congress explicitly enumerates certain exception to a general prohibition, additional exceptions are not to be implied, in the absence of evidence of a contrary legislative intent."  *United States v. Smith*, 499 U.S. 160, 167 (1991) (holding that the Ninth Circuit Court of Appeals "erred in inferring a third exception that would preserve tort liability for [g]overnment employees.").   There is no contrary legislative intent delineated in § 2679(b), and federal jurisprudence has held that the FTCA also protects employees from state constitutional or statutory violations.   *See, e.g.*

4

*Marinaccio v. United States*, No. 3:21-CV-11167-FLW-LHG, 2022 WL 2833960, at *15 (D.N.J. July 20, 2022).

10.    Accordingly, removal under § 2679(d)(2) is also appropriate.

11.    Plaintiff has not served federal defendants under Federl Rule of Civil Procedure 4(i).   Plaintiff has similarly failed to properly serve East Orange VA Medical Center under New Jersey Court Rule 4:4-4(a)(8).

12.    Rule 4:4-4(a)(8) requires that a plaintiff serve a copy of the summons and complaint on a government agency like the Department "on the presiding officer or the clerk or secretary thereof."

13.    "The Under Secretary for Health is the head of, and is directly responsible to the Secretary for the operation of, the" VHA.   38 U.S.C.C. § 305(b). John Figueroa is a Senior Advisor currently performing the duties of the Under Secretary for Health.[5]

14.    Plaintiff's Affidavit of Service for East Orange VA Medical Center reports the "name of person served and relationship/title" to be Shatera Clavis, Lead Manager. *See* **Exhibit B.**  Accordingly, Plaintiff has failed to effect service of process on the Department under the New Jersey Court Rules or the Federal Rules of Civil Procedure.

15.    Plaintiff has similarly failed to serve at least one named federal defendant, and all federal defendants reserve their right to contest service of process.

---

[5] *John Figueroa*, https://department.va.gov/staff-biographies/john-figueroa/ (last visited January 5, 2026).

16.    In accordance with 28 U.S.C. § 1446(d), federal defendants will file this notice of removal in the State Court Action via the New Jersey Superior Court's electronic filing system and provide a courtesy copy to the judge previously presiding over the matter.  *See* **Exhibit C**.

THEREFORE, in accordance with 28 U.S.C. § 1442(a), or in the alternative § 2679(d)(2), the State Court Action brought in the Superior Court of New Jersey, Law Division, Essex County, Docket No. ESX-L-009139-25, is hereby removed by federal defendants to the United States District Court for the District of New Jersey for further proceedings.

Dated: January 6, 2026

Respectfully submitted,

TODD BLANCHE
U.S. Deputy Attorney General

JORDAN FOX
Chief of Staff & Associate Deputy
 Attorney General
Special Attorney

By:    /s/ *Tasha M. Bradt*
TASHA M. BRADT
Assistant United States Attorney
*Attorneys for federal defendants*